# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCANNING TECHNOLOGIES INNOVATIONS LLC, | § § § § |
| Plaintiff, | § Case No: 1:21-cv-00635-UNA |
| vs. | § § § |
| TICKETSOURCE INTERNATIONAL, INC., | § § |
| Defendant. | § § § |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Scanning Technologies Innovations, LLC ("Plaintiff" or "STI") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Ticketsource International, Inc. without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: June 1, 2021                                    Respectfully submitted,

**GAWTHROP GREENWOOD, PC**

*/s/ David W. deBruin*
David W. deBruin, Esq. (#4846)
3711 Kennett Pike, Suite 100
Wilmington, DE 19807
Tel: (302) 777-5353
ddebruin@gawthrop.com

*Attorneys for Plaintiff*

Jay Johnson, Esquire *(#24067322)*
*(Pro Hac Vice Application Pending)*
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
jay@kjpllc.com